Certificate Number: 05781-PAM-DE-039126555

Bankruptcy Case Number: 19-05359



05781-PAM-DE-039126555

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 4, 2024, at 2:55 o'clock PM PST, Kevin Oshea completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   December 4, 2024                     By:     /s/Allison M Geving

                                            Name:  Allison M Geving

                                            Title:  President