# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Kevin E O'Shea, Jr

Case No.: 5-19-05359 MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Fay Servicing |
| Court Claim Number: | 01 |
| Last Four of Loan Number: | 7310 |
| Property Address if applicable: | 309 Skyline Dr |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $19,813.46 |
| b. | Prepetition arrearages paid by the trustee: | $19,813.46 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $19,813.46 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: January 31, 2025

                                                              Respectfully submitted,

                                                              /s/ Jack N. Zaharopoulos
                                                              Standing Chapter 13 Trustee
                                                              Suite A, 8125 Adams Drive
                                                              Hummelstown, PA  17036
                                                              Phone:  (717) 566-6097
                                                              Fax:  (717) 566-8313
                                                              email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Kevin E O'Shea, Jr

Case No.: 5-19-05359 MJC

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 31, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Eugene J. Doud, Esquire
1418 Main St, Suite 102
Peckville  PA 18452


**Served by First Class Mail**
Fay Servicing, LLC
Bankruptcy Dept
PO Box 814609
Dallas TX 75381-4609

Kevin E O'Shea, Jr
209 Skyline Dr
Archbald  PA 18330


I certify under penalty of perjury that the foregoing is true and correct.


Date: January 31, 2025                    /s/  Liz Joyce
                                          Office of the Standing Chapter 13 Trustee
                                          Jack N. Zaharopoulos
                                          Suite A, 8125 Adams Dr.
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097
                                          email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-05359    **KEVIN E O'SHEA, JR.**

**FAY SERVICING, LLC**
P.O. BOX 814609

DALLAS, TX   75381-4609

Acct No: 7310/PRE ARREARS/209 SKYL

Sequence: 24
Modify:
Filed Date: 2/13/2020   12:00:00AM
Hold Code:

|  | Amt Sched: | $173,381.82 | Debt: | $19,813.46 | Interest Paid: | $0.00 |
|--|--|--|--|--|--|--|
|  | Amt Due: | $0.00 | Paid: | $19,813.46 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5200** | **FAY SERVICING, LLC** | | | | | | | |
| 520-0 | FAY SERVICING, LLC | | 01/15/2025 | 2043786 | $333.61 | $0.00 | $333.61 | |
| 520-0 | FAY SERVICING, LLC | | 12/17/2024 | 2042831 | $368.00 | $0.00 | $368.00 | |
| 520-0 | FAY SERVICING, LLC | | 11/19/2024 | 2041928 | $331.20 | $0.00 | $331.20 | 11/29/2024 |
| 520-0 | FAY SERVICING, LLC | | 10/23/2024 | 2040916 | $331.20 | $0.00 | $331.20 | 11/01/2024 |
| 520-0 | FAY SERVICING, LLC | | 09/17/2024 | 2039905 | $331.20 | $0.00 | $331.20 | 09/26/2024 |
| 520-0 | FAY SERVICING, LLC | | 08/07/2024 | 2038939 | $662.40 | $0.00 | $662.40 | 08/16/2024 |
| 520-0 | FAY SERVICING, LLC | | 06/18/2024 | 2037252 | $331.20 | $0.00 | $331.20 | 06/27/2024 |
| 520-0 | FAY SERVICING, LLC | | 05/22/2024 | 2036295 | $331.20 | $0.00 | $331.20 | 05/30/2024 |
| 520-0 | FAY SERVICING, LLC | | 04/17/2024 | 2035300 | $331.20 | $0.00 | $331.20 | 04/26/2024 |
| 520-0 | FAY SERVICING, LLC | | 03/14/2024 | 2034343 | $662.40 | $0.00 | $662.40 | 03/22/2024 |
| 520-0 | FAY SERVICING, LLC | | 01/12/2024 | 2032478 | $331.20 | $0.00 | $331.20 | 01/22/2024 |
| 520-0 | FAY SERVICING, LLC | | 12/19/2023 | 2031550 | $331.20 | $0.00 | $331.20 | 12/29/2023 |
| 520-0 | FAY SERVICING, LLC | | 11/15/2023 | 2030611 | $331.20 | $0.00 | $331.20 | 11/29/2023 |
| 520-0 | FAY SERVICING, LLC | | 10/18/2023 | 2029657 | $348.48 | $0.00 | $348.48 | 11/01/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | FAY SERVICING, LLC | | 09/19/2023 | 2028657 | $348.48 | $0.00 | $348.48 | 09/29/2023 |
| 520-0 | FAY SERVICING, LLC | | 08/09/2023 | 2027648 | $348.48 | $0.00 | $348.48 | 08/16/2023 |
| 520-0 | FAY SERVICING, LLC | | 07/11/2023 | 2026688 | $348.48 | $0.00 | $348.48 | 07/19/2023 |
| 520-0 | FAY SERVICING, LLC | | 06/13/2023 | 2025775 | $334.80 | $0.00 | $334.80 | 06/22/2023 |
| 520-0 | FAY SERVICING, LLC | | 05/16/2023 | 2024810 | $334.80 | $0.00 | $334.80 | 05/24/2023 |
| 520-0 | FAY SERVICING, LLC | | 04/18/2023 | 2023780 | $334.80 | $0.00 | $334.80 | 04/26/2023 |
| 520-0 | FAY SERVICING, LLC | | 03/15/2023 | 2022774 | $334.80 | $0.00 | $334.80 | 03/27/2023 |
| 520-0 | FAY SERVICING, LLC | | 01/18/2023 | 2020761 | $669.60 | $0.00 | $669.60 | 01/25/2023 |
| 520-0 | FAY SERVICING, LLC | | 12/13/2022 | 2019775 | $334.80 | $0.00 | $334.80 | 12/30/2022 |
| 520-0 | FAY SERVICING, LLC | | 11/16/2022 | 2018815 | $334.80 | $0.00 | $334.80 | 12/16/2022 |
| 520-0 | FAY SERVICING, LLC | | 10/18/2022 | 2017758 | $353.16 | $0.00 | $353.16 | 10/28/2022 |
| 520-0 | FAY SERVICING, LLC | | 09/13/2022 | 2016731 | $353.16 | $0.00 | $353.16 | 09/23/2022 |
| 520-0 | FAY SERVICING, LLC | | 08/17/2022 | 2015669 | $353.16 | $0.00 | $353.16 | 08/23/2022 |
| 520-0 | FAY SERVICING, LLC | | 07/13/2022 | 2014628 | $328.68 | $0.00 | $328.68 | 08/01/2022 |
| 520-0 | FAY SERVICING, LLC | | 06/14/2022 | 2013660 | $328.68 | $0.00 | $328.68 | 06/30/2022 |
| 520-0 | FAY SERVICING, LLC | | 05/17/2022 | 2012602 | $328.68 | $0.00 | $328.68 | 05/27/2022 |
| 520-0 | FAY SERVICING, LLC | | 04/12/2022 | 2011546 | $328.68 | $0.00 | $328.68 | 04/29/2022 |
| 520-0 | FAY SERVICING, LLC | | 03/16/2022 | 2010526 | $320.13 | $0.00 | $320.13 | 03/31/2022 |
| 520-0 | FAY SERVICING, LLC | | 02/16/2022 | 2009556 | $320.13 | $0.00 | $320.13 | 03/01/2022 |
| 520-0 | FAY SERVICING, LLC | | 12/15/2021 | 2007541 | $640.26 | $0.00 | $640.26 | 01/03/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | FAY SERVICING, LLC | | 11/16/2021 | 2006517 | $320.13 | $0.00 | $320.13 | 12/01/2021 |
| 520-0 | FAY SERVICING, LLC | | 10/14/2021 | 2005472 | $329.59 | $0.00 | $329.59 | 11/02/2021 |
| 520-0 | FAY SERVICING, LLC | | 09/14/2021 | 2004455 | $329.59 | $0.00 | $329.59 | 09/24/2021 |
| 520-0 | FAY SERVICING, LLC | | 08/18/2021 | 2003415 | $329.59 | $0.00 | $329.59 | 09/01/2021 |
| 520-0 | FAY SERVICING, LLC | | 07/14/2021 | 2002378 | $329.59 | $0.00 | $329.59 | 08/03/2021 |
| 520-0 | FAY SERVICING, LLC | | 06/16/2021 | 2001403 | $329.59 | $0.00 | $329.59 | 06/29/2021 |
| 520-0 | FAY SERVICING, LLC | | 05/18/2021 | 2000383 | $319.07 | $0.00 | $319.07 | 05/28/2021 |
| 520-0 | FAY SERVICING, LLC | | 04/15/2021 | 1229013 | $319.07 | $0.00 | $319.07 | 04/29/2021 |
| 520-0 | FAY SERVICING, LLC | | 02/17/2021 | 1226981 | $638.14 | $0.00 | $638.14 | 02/25/2021 |
| 520-0 | FAY SERVICING, LLC | | 01/19/2021 | 1225961 | $319.07 | $0.00 | $319.07 | 01/27/2021 |
| 520-0 | FAY SERVICING, LLC | | 12/10/2020 | 1224174 | $319.07 | $0.00 | $319.07 | 12/17/2020 |
| 520-0 | FAY SERVICING, LLC | | 11/03/2020 | 1223283 | $319.07 | $0.00 | $319.07 | 11/12/2020 |
| 520-0 | FAY SERVICING, LLC | | 10/15/2020 | 1222425 | $315.57 | $0.00 | $315.57 | 10/22/2020 |
| 520-0 | FAY SERVICING, LLC | | 09/17/2020 | 1221378 | $315.57 | $0.00 | $315.57 | 09/30/2020 |
| 520-0 | FAY SERVICING, LLC | | 08/12/2020 | 1220335 | $315.57 | $0.00 | $315.57 | 08/20/2020 |
| 520-0 | FAY SERVICING, LLC | | 07/07/2020 | 1219276 | $315.57 | $0.00 | $315.57 | 07/15/2020 |
| 520-0 | FAY SERVICING, LLC | | 06/02/2020 | 1218268 | $315.57 | $0.00 | $315.57 | 06/05/2020 |
| 520-0 | FAY SERVICING, LLC | | 05/06/2020 | 1217312 | $315.57 | $0.00 | $315.57 | 05/13/2020 |
| 520-0 | FAY SERVICING, LLC | | 04/14/2020 | 1216178 | $984.22 | $0.00 | $984.22 | 04/20/2020 |

Sub-totals: $19,813.46  $0.00  $19,813.46

Grand Total: $19,813.46  $0.00